IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN MAYS,<br>    Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br>    Defendant. | CIVIL ACTION NOs.<br>1:15-CV-1749-WBH<br>1:15-MI-55555-WBH |

## ORDER

The unopposed motion brought by counsel for Plaintiff Carolyn Mays, [Doc. 70 in Case No. 1:15-CV-1749-WBH], to withdraw from the representation is now pending before the Court. According to counsel, Ms. Mays passed away and counsel's repeated efforts to communicate with her descendants have proven futile. Accordingly, the motion to withdraw is **GRANTED**. Because an estate cannot proceed pro se, the instant action is **ADMINISTRATIVELY CLOSED** until such time as an attorney makes an entry of appearance in the case.

**IT IS SO ORDERED**, this 28 day of July, 2016.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)